## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **EZRA BEYMAN,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| | § | |
| **v.** | § | CIVIL ACTION No. 4:14-cv-02438 |
| | § | |
| **LNR PARTNERS, LLC, et al.,** | § | |
| | § | |
| **Defendants.** | § | |

## JOINT MOTION AND STIPULATION OF DISMISSAL

Plaintiff Ezra Beyman ("Plaintiff") and Defendants LNR Partners, LLC, LNR Texas Partners, LLC, and Dmitry Sulsky (collectively, "Defendants") stipulate and move the Court pursuant to FED. R. CIV. P. 41(a) to dismiss all claims in this action asserted by Plaintiff with prejudice.  Each party shall bear his or its own costs, expenses, and attorneys' fees.

Dated: October 8, 2015

Respectfully submitted,

*/s/ Kevin M. Madden*
Kevin M. Madden
Texas Bar No. 24041376
**LAW OFFICES OF KEVIN MICHAEL MADDEN, P.L.L.C.**
1001 Texas Ave., Suite 1400
Houston, TX 77002
Phone:  (713) 328-6807
Fax:  (713) 328-6834
kmm@kmaddenlaw.com

and

William Robert Pilat
Texas Bar No. 00788205
Courtney E. Palm
Texas Bar No. 24041641
**KANE RUSSELL COLEMAN**

*/s/ Gregory A. Cross*
Gregory A. Cross (*pro hac vice*)
Colleen M. Mallon (*pro hac vice*)
**VENABLE LLP**
750 E. Pratt St., Suite 900
Baltimore, MD 21202
Phone:  (410) 244-7400
Fax:  (410) 244-7742
gacross@venable.com
cmmallon@venable.com

and

Andrew B. Russell (SDTX No. 31885)
Texas State Bar No. 24034661
Clayton L. Falls (SDTX No. 870862)
Texas State Bar No. 24047546
**K&L GATES LLP**

**& LOGAN, PC**
919 Milam St., Suite 2200
Houston, TX 77002
Phone:  (713) 425-7400
Fax:  (713) 425-7700
cpalm@krcl.com

*Counsel for Plaintiff*

1717 Main St., Suite 2800
Dallas, TX 75201
Phone:  (214) 939-5500
Fax:  (214) 939-5849
andrew.russell@klgates.com
clayton.falls@klgates.com

*Counsel for Defendants*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 8th day of October, 2015, I served by electronic mail and via the Court's CM/ECF system the foregoing Joint Motion and Stipulation of Dismissal to all counsel of record in compliance with the Federal Rules of Civil Procedure and this Court's Local Rules.

*/s/ Colleen M. Mallon*
Colleen M. Mallon

2

10195300